IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD DISHER, ERIC KLINE, JOHN O'MALLEY and DIMITRI MISHUROV, on behalf of themselves and all others similarly situated,** ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | Case No. 14-CV-740-SMY-SCW |
| vs. ) ) | |
| **TAMKO BUILDING PRODUCTS, INC. et al.,** ) ) ) | |
| **Defendants.** ) | |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED** that pursuant to the Order dated March 27, 2015 (Doc. 94), Plaintiff Demitri Mishurov's claims against Defendants are **DISMISSED with prejudice**.

**IT ORDERED** that pursuant to the Order dated February 15, 2018 (Doc. 232), Plaintiff Richard Disher's claims against Defendants are **DISMISSED with prejudice**.

**IT ORDERED** that pursuant to the Order dated January 7, 2019 (Doc. 263), Plaintiff John O'Malley's claims against Defendants are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that pursuant to the Order dated February 8, 2019 (Doc. 268), Plaintiff Eric Kline's claims against Defendants are **DISMISSED with prejudice**, and this action is **DISMISSED in its entirety.**

**DATED:  February 8, 2019**

                                            **MARGARET M. ROBERTIE,**
                                            **Clerk of Court**

                                            **By: s/Stacie Hurst**
                                                **Deputy Clerk**

**APPROVED: s/ Staci M. Yandle**
                 **STACI M. YANDLE**
                 **United States District Judge**